IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW L. MACKEY,

     Petitioner,                No. 2:12-cv-1245 CKD P

    vs.

WARDEN KNIPP,

     Respondent.         ORDER
_____/

       Petitioner has requested an extension of time to file and serve an opposition to respondent's July 17, 2012 motion to dismiss. Good cause appearing, this motion will be granted.

       In addition, petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

Finally, petitioner seeks an order directing respondent to file the transcripts of petitioner's trial with the court. However, the court does not require the transcripts at this point as the only matter pending is respondent's motion for dismissal of this action as time-barred and for failure to exhaust state court remedies. Therefore, petitioner's request will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (Docket No. 17) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

2. Petitioner's motion for an extension of time (Docket No. 16) is granted;

3 Petitioner is granted thirty days from the date of this order in which to file and serve an opposition; and

4. Petitioner's August 2, 2012 "motion to compel" is denied.

Dated: August 3, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
mack1245.110+111