IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW L. MACKEY,

        Petitioner,               No.  2:12-cv-1245 LKK CKD P

     vs.

WARDEN KNIPP,

        Respondent.          <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254.  Respondent has filed a motion to dismiss arguing this action is time-barred.  The court has reviewed the briefing submitted by the parties and determined that the record needs further development with respect to the issue of whether petitioner is entitled to equitable tolling of the applicable limitations period due to petitioner's alleged "mental retardation."  Accordingly IT IS HEREBY ORDERED that within 30 days of this order, petitioner shall submit any medical records he has in his possession, or which he can obtain, indicating he suffered a severe mental impairment between June, 2010 and June, 2011.

/////

/////

/////

Failure to comply with this order may result a recommendation that respondent's motion to dismiss be granted.  Respondent need take no further action without further order from the court.

Dated: November 5, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mack1245.mi