1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   **ANDREW L. MACKEY,**                    Case No. 2:12-cv-1245 TLN-CKD (HC)
12
                              Petitioner,   **ORDER**
13
                 **v.**
14
15 **WARDEN KNIPP,**
16                            Respondent.
17

18         Respondent has requested a thirty-day extension of time in which to file a reply to

19 petitioner's first amended opposition to respondent's motion to dismiss.  GOOD CAUSE

20 APPEARING, respondent is granted an extension of time to and including October 9, 2013, in

21 which to file a reply to petitioner's first amended opposition to respondent's motion to dismiss.

22 Dated:  September 10, 2013

23                                          _____
                                           CAROLYN K. DELANEY
24                                         UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                           1