IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW L. MACKEY,**<br><br>        Petitioner,<br><br>  **v.**<br><br>**WARDEN KNIPP,**<br><br>        Respondent. | Case No. 2:12-cv-1245 TLN-CKD (HC)<br><br>**ORDER** |

   Respondent has requested a thirty-day extension of time in which to file a reply to petitioner's first amended opposition to respondent's motion to dismiss.  GOOD CAUSE APPEARING, respondent is granted an extension of time to and including October 9, 2013, in which to file a reply to petitioner's first amended opposition to respondent's motion to dismiss.

Dated:  September 10, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE