UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW L. MACKEY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN KNIPP,<br><br>　　　　　　Respondent. | No.  2:12-cv-1245 TLN CKD P<br><br><br>ORDER |

　　　　This matter came on for status conference on January 8, 2013.  Assistant Federal Defender Brian Abbington appeared on behalf of petitioner.  Assistant Attorneys General Alice Su and David Eldridge appeared on behalf of respondent.  In light of the record in this matter, and the discussion occurring at the status conference, IT IS HEREBY ORDERED that:

　　　　1. This matter is set for evidentiary hearing on Monday, May 12, 2014 at 9:00 a.m.  The issues to be addressed at the hearing are as follows:

　　　　　　A. Whether petitioner has a mental illness which amounts to an "extraordinary circumstance" which may provide the basis for equitable tolling of the applicable limitations period.

　　　　　　B. Whether it was petitioner's mental illness that prevented petitioner from filing this action on time.

/////

1

    C.  Whether petitioner pursued his rights diligently to the extent he could.

 2.  It is petitioner's burden to establish he is entitled to equitable tolling of the limitations period.

 3.  The court will issue a writ of habeas corpus ad testificandum directing the California Department of Corrections and Rehabilitation to transport petitioner to the courthouse for the hearing.

 4.  Any discovery related to the evidentiary hearing must be completed within 21 days.

 5.  The parties shall exchange exhibits and witness lists by February 10, 2014.  The parties shall bring one original and two copies of their exhibits to the evidentiary hearing.  Petitioner shall identify his exhibits with letters, respondent shall use numbers.

 6.  Any matters which need to be addressed before the hearing (e.g. motions in limine) shall be brought to the court's attention no later than April 14, 2014.

Dated: January 9, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mack1245.eh(2)