UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW L. MACKEY, | No. 2:12-cv-1245 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN KNIPP, | |
| Respondent. | |

    This matter is scheduled for an evidentiary hearing on May 12, 2014. In a document filed by counsel for petitioner on February 5, 2014, petitioner indicates a desire to call California Department of Corrections and Rehabilitation inmate David Bruce Grecu as a witness. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Within fourteen days, counsel for petitioner shall provide the court with the correct California Department of Corrections and Rehabilitation identification number for inmate David Bruce Grecu and his current location. Counsel must also indicate to the court why petitioner wishes to call Mr. Grecu as a witness.

/////

/////

/////

/////

2. If counsel does not comply with this order, or if the court does not find good cause for Mr. Grecu to be a witness at the May 12, 2014 evidentiary hearing, the court will not issue a writ of habeas corpus ad testificandum for Mr. Grecu's presence at the hearing.

Dated: March 6, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mack1245.eh(3)