UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW L. MACKEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R.T.C. GROUNDS,<br><br>　　　　　Respondent. | No. 2:12-cv-1245 TLN CKD P<br><br><br>ORDER |

Pursuant to the document filed by counsel for petitioner on February 11, 2014, IT IS HEREBY ORDERED that R.T.C. Grounds is substituted as respondent in this action for Warden Knipp, as Mr. Grounds is the warden at petitioner's present place of incarceration. See Rule 2(a), Rules Governing Section 2254 Cases.

Dated: March 6, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mack1245.res