HEATHER E. WILLIAMS
State Bar No. 122664
Federal Defender
BRIAN ABBINGTON
Texas State Bar No. 00790500
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Tel:  (916) 498-5700
FAX (916) 498-6656

Attorney for Petitioner
ANDREW L. MACKEY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW L. MACKEY,<br><br>　　　　　Petitioner,<br><br>v.<br><br>R.T.C. GROUNDS, Wareden, Salinas Valley State Prison,<br><br>　　　　　Respondent. | Case No. 2:12-cv-01245 TLN CKD<br><br>**CERTIFICATE OF ASSISTANT FEDERAL DEFENDER FOR PAYMENT OF WITNESS FEES** |

COMES NOW, Brian Abbington, Assistant Federal Defender, for the Federal Defender of the Eastern District of California, and appointed counsel for Petitioner, ANDREW L. MACKEY, pursuant to 28 U.S.C. section 1825(b)(1), and hereby certifies that the non-expert fact witness listed below, having appeared and testified pursuant to a subpoena approved by this Court, are entitled to fees and travel expenses to be paid by the United States Marshal for the Eastern District of California.  At the request of the Marshal, undersigned also requests that the Court approve this certificate.

On May 12, 2014, the following individual will appear as non-expert fact witness in this case: DAVID BRUCE GRECU.

Section 1825(b) of the Judicial Code provides that "[i]n proceedings in forma pauperis for a writ of habeas corpus . . . the United States marshal for the district shall pay . . . all fees of witnesses

for the party authorized to proceed in forma pauperis . . . ."  Where non-expert fact witnesses appeared "pursuant to subpoenas issued upon approval of the court," the marshal shall pay the witnesses' fees "on certificate of a Federal public defender or assistant Federal public defender" who represents the party authorized to proceed in forma pauperis.  28 U.S.C. § 1825(b)(1).

Petitioner in this case has been authorized to proceed in forma pauperis, and the Federal Public Defender has been appointed to represent him.  The undersigned has been assigned to represent Petitioner.

Undersigned issued subpoena to the witnesses named herein pursuant to the Court's orders granting an evidentiary hearing and directing that the testimony of Grecu be taken inside the courtroom.

A fact witness voucher will be prepared for the named witness, and counsel signed the certificate thereon.  However, the Marshal typically requests a court order before paying the witness fees.

WHEREFORE, undersigned respectfully requests that this Court approve this certificate and direct the Marshal to pay the fees.

Dated:  May 9, 2014

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/  Brian Abbington
BRIAN ABBINGTON
Assistant Federal Defender

Attorneys for Petitioner
ANDREW L. MACKEY

---------------------------------------------------------------------------------------------------------------------
APPROVED

Dated:  May 9, 2014

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE