

**OFFICE OF THE FEDERAL DEFENDER**
Eastern District of California
801 I Street, 3rd Floor
Sacramento, California  95814-2510
(916) 498.5700   FAX (916) 498.5710

HEATHER E. WILLIAMS
Federal Defender

LINDA C. HARTER
Chief Assistant Defender

# m e m o r a n d u m

Date:       May 9, 2014

To:         Honorable Carolyn K. Delaney
            United States Magistrate Judge

From:       Brian Abbington, Assistant Federal Defender

Subject:    Andrew Mackey v. R.T.C. Grounds
            2:12-cv-01245 TLN CKD
            Evidentiary hearing set for May 12, 2014

---

It is required that advance authority be requested under Rule 17(b) by ex parte application for subpoenas for indigent defendants.

It is necessary that an indigent witness appear in this case for an adequate representation of the defense.  Authority to subpoena this witness under Rule 17(b), Federal Rules of Criminal Procedure, is hereby requested.  This witness resides in San Jose, Santa Clara County, California, is an unemployed private citizen, and will require witness fees, travel expenses, and per diem subsistence.

It is respectfully requested that you sign this Memorandum and return it to this office indicating authorization for payment to this witness.

                        /s/ Brian Abbington
                        Brian Abbington
                        Assistant Federal Defender


Authorization for this issuance of the subpoenas, service by the United States Marshals Service, and payment of the witnesses by the United States Marshals Service is hereby granted.

Dated:  May 9, 2014

                        _Carolyn K. Delaney_
                        CAROLYN K. DELANEY
                        UNITED STATES MAGISTRATE JUDGE